Decided October 5, 1993

KEARY MULLIGAN *v.* ALLEN S. HALL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 203 (AC 11150), is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal from a stipulated judgment in a personal injury action

involving a workers' compensation claim, when the parties had reserved, in stipulating to the judgment, the right to appeal and to challenge the trial court's earlier granting of the employer's motion to intervene?"

The Supreme Court docket number is SC 14852.

*Kerry M. Wisser,* in support of the petition.

*Thomas H. Cotter,* in opposition.

Decided October 15, 1993